## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLOS MARTINEZ CALDERA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-331-R |
| ) | |
| MARKWAYNE MULLIN, et al., ) | |
| ) | |
| Respondents. ) | |

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants Petitioner's habeas petition in part. Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 9th day of April, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE